JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY ANN COLETTO, GARY ARCHAMBEAULT<br><br>                    Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC and Does I through V, inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-00491-GMN-EJY<br><br><br>**STIPULATION TO REMAND CASE TO STATE COURT** |

WHEREAS, Plaintiffs TERRY ANN COLETTO and GARY ARCHAMBEAULT, and their counsel of record, LAURENCE SPRINGBERG of the SPRINGBERG LAW FIRM, have agreed to cap the damages recoverable by Plaintiffs in this litigation to a maximum of $75,000.00 for all claims arising out of the incident at SMITH'S on December 15, 2020;

IT IS HEREBY STIPULATION AND AGREED by and between Plaintiffs TERRY ANN COLETTO and GARY ARCHAMBEAULT by and through their counsel of record, LAURENCE SPRINGBERG of the SPRINGBERG LAW FIRM, and SMITH'S FOOD & DRUG CENTERS, INC. by and through its counsel of record, JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON P.A. as follows:

1. That the maximum amount of damages recoverable by Plaintiffs in this case be limited to the maximum amount of $75,000.00 on all claims; and

2. That this case be remanded to the Eighth Judicial District Court for the State of Nevada for further proceedings.

CLAC 6879589.1

IT IS FURTHER STIPULATED AND AGREED that in the event additional parties are added to this litigation, the cap of $75,000.00 will still limit the damages available to Plaintiffs.

Respectfully submitted this 4th day of April, 2022.

SPRINGBERG LAW FIRM                           COOPER LEVENSON, P.A.

/s/ Laurence Springberg                            /s/Jerry S. Busby
LAURENCE SPRINGBERG, ESQ.              JERRY S. BUSBY, ESQ.
Nevada Bar No.  000188                            Nevada Bar No. 001107
801 South Rancho Blvd., Suite E8             3016 West Charleston Boulevard - #195
Las Vegas, NV  89106-3812                       Las Vegas, Nevada  89102
(702) 731-9222                                          (702) 366-1125
Attorneys for Plaintiffs                             Attorneys for Defendant
TERRY ANN COLETTO and                       SMITH'S FOOD & DRUG CENTERS, INC.
GARY ARCHAMBEAULT

## <u>ORDER REMANDING CASE TO STATE COURT</u>

Pursuant to the stipulation set forth above, it is hereby ordered that the above-captioned case is remanded to Nevada's Eighth Judicial District Court for the reasons addressed in this stipulation, with the parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this   18   day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

CLAC 6879589.1